This is a copy of a shared ChatGPT conversation
Report conversation

JUL 10 2026 PM 2:47
FILED - USDC - FLMD - TPA

≡  ChatGPT ∨    ✦ Upgrade

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

WALEEDA "TAREEF" DAVIS,

Plaintiff,

v.

AMERICAN GUARD SERVICES, INC.,

Defendant.

Case No. _8:26. CV-1979-JLB-TGW_

# COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Waleeda "Tareef" Davis, proceeding pro se, files this Complaint against Defendant American Guard Services, Inc. and alleges:

## I. INTRODUCTION

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., for discrimination because of sex, including gender identity, retaliation, and hostile work environment.
2. Plaintiff is a transgender man.
3. Plaintiff was hired by Defendant in 2021 as a Site Supervisor.
4. Through strong work performance, Plaintiff was promoted to Operations Coordinator/Assistant Branch Manager and was selected for Facility Security Officer (FSO) training and additional management responsibilities.
5. In approximately November 2021, Plaintiff disclosed his gender identity to management.

I.F.P.

6. Plaintiff alleges that after this disclosure, his treatment changed significantly and he was subjected to discrimination, harassment, retaliation, and unequal terms and conditions of employment.

7. Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission and received a Notice of Right to Sue before filing this action.

## II. JURISDICTION AND VENUE

8. This Court has jurisdiction under 28 U.S.C. §1331 and Title VII of the Civil Rights Act of 1964.

9. Venue is proper in the Middle District of Florida because the events giving rise to this action occurred within this District.

## III. PARTIES

10. Plaintiff, Waleeda "Tareef" Davis, is a resident of Florida.

11. Defendant American Guard Services, Inc. is an employer within the meaning of Title VII.

## IV. STATEMENT OF FACTS

12. Plaintiff began employment with Defendant in 2021 and was entrusted with increasing levels of responsibility.

13. Plaintiff received promotions, management responsibilities, and specialized FSO training before disclosing his gender identity.

14. After Plaintiff disclosed his gender identity, Plaintiff alleges the work environment changed and he began experiencing discriminatory treatment.

15. During Plaintiff's Port Canaveral assignment, Plaintiff alleges that supervisor Oscar engaged in discriminatory conduct directed toward Plaintiff because of Plaintiff's sex and gender identity.

16. Plaintiff understands that a Hispanic female employee assigned to the Port Canaveral location reported Oscar's conduct to Ron and Robert Pesce before Plaintiff's own complaints, providing Defendant with notice of the alleged discriminatory conduct.

17. Plaintiff reported discrimination and harassment to management and Human Resources, including Tamra Curtis.

18. Plaintiff alleges Defendant failed to take prompt and effective corrective action.

19. On February 9, 2022, Plaintiff underwent major surgery.



20. Plaintiff alleges Defendant required or pressured Plaintiff to return to work before Plaintiff had adequately recovered despite medical limitations.

21. Plaintiff alleges Defendant mishandled Plaintiff's leave, compensation, sick pay, and timekeeping during Plaintiff's recovery.

22. Plaintiff alleges Tina Boswell was assigned duties previously performed by Plaintiff and personally engaged in discriminatory conduct toward Plaintiff.

23. Plaintiff continued reporting discriminatory treatment but alleges Defendant instead reduced Plaintiff's responsibilities and subjected Plaintiff to additional adverse employment actions.

24. Defendant terminated Plaintiff's employment on or about August 31, 2022.

25. Plaintiff timely filed an EEOC Charge of Discrimination and later received a Notice of Right to Sue.

26. As a direct result of Defendant's actions, Plaintiff suffered lost wages, lost benefits, emotional distress, humiliation, mental anguish, financial hardship, and other damages.

## COUNT I – TITLE VII SEX DISCRIMINATION

27. Plaintiff incorporates the preceding paragraphs.
28. Plaintiff is a member of a protected class.
29. Plaintiff was qualified for his position.
30. Defendant discriminated against Plaintiff because of sex, including gender identity, in violation of Title VII.

## COUNT II – HOSTILE WORK ENVIRONMENT

31. Plaintiff incorporates the preceding paragraphs.
32. Plaintiff was subjected to unwelcome conduct because of sex and gender identity.
33. Plaintiff alleges Oscar and Tina Boswell personally engaged in discriminatory conduct toward Plaintiff.
34. Defendant knew or should have known of the conduct through reports made to management and Human Resources but failed to take appropriate corrective action.
35. The conduct created a hostile work environment in violation of Title VII.

## COUNT III – RETALIATION

36. Plaintiff incorporates the preceding paragraphs.



37. Plaintiff engaged in protected activity by reporting discrimination.

38. After making those reports, Plaintiff alleges Defendant retaliated by reducing Plaintiff's duties, treating Plaintiff differently, and ultimately terminating Plaintiff's employment.

39. Defendant's actions violated Title VII.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in Plaintiff's favor;

B. Award back pay and lost benefits;

C. Award front pay or reinstatement as appropriate;

D. Award compensatory damages;

E. Award punitive damages as permitted by law;

F. Award costs of this action; and

G. Grant such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

_____

**Waleeda "Tareef" Davis**
Plaintiff, Pro Se

Date: _07/10/2026_

MAILING ADDRESS:
2000 E 12th AVE TAMPA, FLORIDA 33605
PHONE: 813-735-5039